# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 19-5267mJ |
| James Charles HOWARD | |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 25, 2019, in the District of Arizona, defendant James Charles HOWARD, a person confined to BSSW, in Phoenix, Arizona, pursuant to the direction of the Attorney General and the authority delegated to the Bureau of Prisons and by virtue of an Order entered against him in the United States District Court for the District of Arizona for a violation of his Supervised Release, under Title 18 U.S.C. Section 3583(e), did knowingly and willfully escape from custody.

In violation of Title 18 United States Code 751(a) and 4082(a).

I further state that I am a Deputy U.S. Marshal.
This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒Yes     ☐ No

AUTHORIZED BY: Dave Pimsner AUSA

Justin M. Robertson, Deputy U.S. Marshal
Name of Complainant                                          Signature of Complainant

Sworn to before me and subscribed in my presence

                                                    at    Phoenix, Arizona
Date: June 28, 2019                                       City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer                          Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Justin Robertson, being duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal (DUSM) assigned to the United States Marshals Service, District of Arizona, Phoenix Office, and have been so employed since September of 2010. As Part of my regular duties, I investigate violations of Title 18 United States Code 751(a) and 4082(a) Escape. This statement of probable cause is in support of a Criminal Complaint against James Charles HOWARD for the violation of Title 18 United States Code 751(a) and 4082(a) Escape.

2. On June 25, 2019 The Federal Bureau of Prisons (BOP) informed the U.S. Marshals from the D/AZ Phoenix that prisoner James Charles HOWARD had escaped custody from BSSW Phoenix. After examining the notice of escape, I have determined the following information.

3. James Charles HOWARD was originally convicted of Felon in Possession of a Firearm (18 U.S.C. 922 (g) (1), and was sentenced on October 02, 2013 in Case Number 13CR20249-1 to 66 months in BOP custody, followed by 2 years Supervised Release in the Eastern District of Michigan, by the Honorable Judge Terrence G. Berg. Furthermore, on February 11th 2019 HOWARD was sentenced for a violation of his Supervised Release Term in the District of Arizona to 8 months custody in the BOP, followed by a 28 month term of Supervised Release, by the Honorable Judge John J. Tuchi.

4. At the time of his Escape, HOWARD was being housed at the BSSW facility in Phoenix, Arizona. BSSW is a facility in which HOWARD was lawfully ordered confined pursuant to the direction of the Attorney General, and the authority delegated by the Attorney General to the Bureau of Prisons. His scheduled release date was July 16, 2019.

5. On June 25, 2019 inmate HOWARD was directed to provide a urinalysis by

2

BSSW staff, HOWARD failed to provide the urinalysis. HOWARD was then seen exiting the facility without permission at approximately 3:03pm. BSSW personnel attempted to make contact with HOWARD, but all attempts failed. Inmate HOWARD never returned to BSSW, and was placed on Escape Status by the BOP. On June 28th, 2019 at approximately 3:00am, HOWARD was arrested by the Phoenix Police Department based on his BOP Escape Status.

_____
Justin Robertson
~~Deputy~~ United States Marshal

Sworn to and subscribed before me
This 28th day of June, 2019
_____
HONORABLE DEBORAH M. FINE
United States Magistrate Judge